IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TERRY MCMICKELL,<br><br>                      Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-cv-00902-DB-JCB<br><br>District Judge Dee Benson<br><br>Magistrate Judge Jared C. Bennett |

      Before the court is the Report and Recommendation issued by the magistrate judge on September 15, 2020. (Dkt. No. 26.) The magistrate judge recommends that the court affirm Defendant Andrew M. Saul's ("Commissioner") final decision determining that Plaintiff was not entitled to disability insurance benefits under the Social Security Act. (*See id.*)

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation, and the time period to file an objection has closed.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed. The analysis and conclusion of the magistrate judge are correct, and the Report and Recommendation will be adopted.

Accordingly, it is hereby ORDERED that the Report and Recommendation (Dkt. No. 26) is ADOPTED. The Commissioner's final decision in this case is hereby AFFIRMED.

IT IS SO ORDERED.

DATED this 19th day of October, 2020.

BY THE COURT:

DEE BENSON
United States District Judge